**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-6208**

———————————

JOSEPH LEE MCFADDEN,

              Plaintiff - Appellant,

     v.

JERRY GAINEY,

              Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Mary G. Lewis, District Judge.
(4:12-cv-01470-MGL)

———————————

Submitted:  April 25, 2013          Decided:  April 30, 2013

———————————

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joseph Lee McFadden, Appellant Pro Se.  David Cornwell Holler,
LEE ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Lee McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McFadden v. Gainey, No. 4:12-cv-01470-MGL (D.S.C. Feb. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED